**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DWIGHT PULLEY                                                                                    PLAINTIFF

v.                                              NO. 4:11CV00634 JLH

UNITEDHEALTH GROUP INCORPORATED[1]                                       DEFENDANT

**ORDER**

Gary Dean Marts, Jr., local counsel for defendant UnitedHealth Group Incorporated, has filed motions to make special appearance pursuant to Rule 83.5 on behalf of Kyle A. Petersen and Joseph S. Turner. The motions are GRANTED. Documents #17 and #18. Kyle A. Petersen and Joseph S. Turner are hereby admitted to appear before this Court as co-counsel in this action for the defendant.

IT IS SO ORDERED this 13th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed his complaint against "United Health." The defendant has filed an answer in the name of "UnitedHealth Group Incorporated." Document #14. The Clerk is directed to correct the style of the case to show that UnitedHealth Group Incorporated is the correct party defendant, replacing United Health.