# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DWIGHT PULLEY                                                                                      PLAINTIFF

v.                                            NO. 4:11CV00634 JLH

UNITEDHEALTH GROUP INCORPORATED                                                DEFENDANT

## ORDER

Presently before the Court is J. Todd Jones's Motion to be Relieved as Appointed Counsel for plaintiff. Good cause having been shown, the motion is GRANTED. Document #28.

The Court has previously determined that this case warrants the appointment of counsel. *See* docket entry #26. Pursuant to Local Rule 83.7, Byron J. Walker, of the Rose Law Firm, 120 East Fourth Street, Little Rock, Arkansas 72201-2893, is hereby appointed to represent plaintiff, Dwight Pulley, in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 13th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE