## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DWIGHT PULLEY                                          PLAINTIFF

v.                         NO. 4:11CV00634 JLH

UNITEDHEALTH GROUP INCORPORATED                         DEFENDANT

### ORDER

Presently before the Court is Byron J. Walker's Motion for Appointment of New Counsel for plaintiff. Good cause having been shown, the motion is GRANTED. Document #31.

The Court has previously determined that this case warrants the appointment of counsel. *See* Document #26. Pursuant to Local Rule 83.7, Ralph M. Washington, Attorney at Law, 1612 Broadway Street, Little Rock, Arkansas 72201, is hereby appointed to represent plaintiff, Dwight Pulley, in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 3rd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE