IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWIGHT PULLEY                                                                   PLAINTIFF

v.                              No. 4:11-cv-00634-KGB

UNITEDHEALTH GROUP INCORPORATED                                  DEFENDANT

## ORDER

Before the Court is Docket Number 54, which the Court construes as a motion for reconsideration of Judge Holmes' Order declining to appoint Mr. Pulley another lawyer. The United States Court of Appeals for the Eighth Circuit summarily affirmed Judge Holmes' decision (Dkt. No. 50). Mr. Pulley's pending motion cites no new fact or issue for this Court to consider. The points made by Mr. Pulley were before the Court when it rendered its prior decision on this request. For the reasons stated in the prior Orders of this Court, the motion for reconsideration is denied. The Court will not appoint another lawyer to represent Mr. Pulley. Mr. Pulley may proceed *pro se*.

SO ORDERED this 2 day of July, 2012.

_____
Kristine G. Baker
United States District Judge