IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWIGHT PULLEY                                                                                    PLAINTIFF

v.                                       No. 4:11-cv-00634-KGB

UNITED HEALTH GROUP INCORPORATED                                          DEFENDANT

**ORDER**

Before the Court is plaintiff Dwight Pulley's motion for subpoenas (Dkt. No. 65). Defendant has responded (Dkt. No. 66), and Mr. Pulley has replied (Dkt. No. 67). The Court construes Mr. Pulley's motion as a request for trial subpoenas. Mr. Pulley has not, however, provided the Court with enough information with which to issue subpoenas. Additionally, several of the items in Mr. Pulley's motion appear to be discovery requests. Mr. Pulley's motion for subpoenas is denied without prejudice (Dkt. No. 65).

As an initial matter, Rule 45 of the Federal Rules of Civil Procedure contains information regarding the form, contents, and procedures associated with subpoenas. Mr. Pulley has previously been directed to be familiar and comply with the Federal Rules of Civil Procedure and the Local Rules of this Court (Dkt. No. 8).

The Clerk of Court is directed to send to Mr. Pulley a copy of this Order, as well as five signed, but otherwise blank, subpoenas on the form titled Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (Form No. AO-88). Once completed in their entirety, Mr. Pulley should submit these subpoenas to the Clerk of Court no later than 5:00 p.m. on Monday, May 13, 2013, and should file a notice with this Court that he has done so. When Mr. Pulley submits these completed subpoenas to the Clerk of Court, the Clerk of Court should transmit them to the United States Marshals Service ("USMS"). The USMS should then serve the subpoenas in accordance with the Federal Rules of Civil Procedure.

For these reasons, Mr. Pulley's motion for subpoenas is denied without prejudice (Dkt. No. 65).

SO ORDERED this the 19th day of April, 2012.

_____
Kristine G. Baker
United States District Judge