IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DWIGHT PULLEY**                                                                      **PLAINTIFF**

v.                                    No. 4:11CV00634 KGB

**UNITED HEALTH GROUP INCORPORATED**                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Dwight Pulley's claims alleged under Title VII of the Civil Rights Act of 1964, including claims for failure to promote, discriminatory termination, retaliation, and hostile work environment, and Mr. Pulley's defamation or slander claim be, and are hereby, dismissed with prejudice. The Court also dismisses Mr. Pulley's claims under the Americans with Disabilities Act and the Genetic Information Nondiscrimination Act, to the extent he intended to allege such claims. The relief sought is denied.

SO ADJUDGED this the 10th day of May, 2013.

_____
Kristine G. Baker
United States District Judge